# Exhibit 1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| GERALD L. MARCUS    SBN: 128384<br>LAW OFFICES OF GERALD L. MARCUS<br>24025 Park Sorrento, Suite 430, Calabasas, California 91302<br>TELEPHONE NO.: 818-784-8544   FAX NO.: 818-784-5970<br>ATTORNEY FOR *(Name)*: Georgia Micheau | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**02/04/2019** at 10:17:06 AM<br>Clerk of the Superior Court<br>By Veronica Navarro, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 325 South Melrose Dr.<br>MAILING ADDRESS: 325 South Melrose Dr.<br>CITY AND ZIP CODE: Vista, 92081<br>BRANCH NAME: North County Regional Center | |
| CASE NAME: Micheau vs. Harrah's et al. | |

| **CIVIL CASE COVER SHEET**<br>[X] Unlimited   [ ] Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | **Complex Case Designation**<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>37-2019-00006386-CU-PO-NC<br>JUDGE: Judge Timothy M. Casserly<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [X] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: One
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: February 4, 2019

GERALD L. MARCUS
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |
|---|---|---|

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET  CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]  **CIVIL CASE COVER SHEET**  Page 2 of 2

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** HARRAH'S RESORT SOUTHERN CALIFORNIA,
*(AVISO AL DEMANDADO):* a business entity form unknown; HARRAH'S RESORT SOUTHERN CALIFORNIA AN ENTERPRISE OWNED BY THE RINCON BAND OF LUISENO INDIANS; CAESARS ENTERTAINMENT, a Additional Parties Attachment form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:** GEORGIA MICHEAU,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
02/04/2019 at 10:17:06 AM
Clerk of the Superior Court
By Veronica Navarro, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego
325 South Melrose Dr.
Vista, California 92081

37-2019-00006386-CU-PO-NC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: GERALD L. MARCUS
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICES OF GERALD L. MARCUS
24025 Park Sorrento, Suite 430, Calabasas, California 91302     818-784-8544

DATE: 02/04/2019       Clerk, by  *V. Navarro*   , Deputy
*(Fecha)*              *(Secretario)*  V. Navarro   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* HARRAH'S RESORT SOUTHERN CALIFORNIA, a business entity form unknown
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* CCP 415.95 (Business Organization Form Unknown)
4. ☒ by personal delivery on *(date):* 4-25-19.

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** HARRAH'S RESORT SOUTHERN CALIFORNIA,
**(AVISO AL DEMANDADO):** a business entity form unknown; HARRAH'S RESORT SOUTHERN CALIFORNIA AN ENTERPRISE OWNED BY THE RINCON BAND OF LUISENO INDIANS; CAESARS ENTERTAINMENT, a Additional Parties Attachment form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:** GEORGIA MICHEAU,
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**02/04/2019** at 10:17:06 AM

Clerk of the Superior Court
By Veronica Navarro, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: **37-2019-00006386-CU-PO-NC**
(El nombre y dirección de la corte es):
Superior Court of California, County of San Diego
325 South Melrose Dr.
Vista, California 92081

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: GERALD L. MARCUS
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
LAW OFFICES OF GERALD L. MARCUS
24025 Park Sorrento, Suite 430, Calabasas, California 91302                                        818-784-8544

DATE: 02/04/2019                         Clerk, by       *V. Navarro*          , Deputy
(Fecha)                                  (Secretario)     V. Navarro           (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): HARRAH'S RESORT SOUTHERN CALIFORNIA AN ENTERPRISE OWNED BY THE RINCON BAND OF LUISENO INDIANS
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other (specify): CCP 415.95 (Business Organization Form Unknown)
4. ☒ by personal delivery on (date): 4-25-19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

GERALD L. MARCUS, ESQ., SBN: 128384
T. VINCENT CONSOLO, ESQ., SBN: 245230
LAW OFFICES OF GERALD L. MARCUS
24025 Park Sorrento, Suite 430
Calabasas, CA 91302
Telephone: (818) 784-8544
Facsimile: (818) 784-5970
File No. 10919

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
02/04/2019 at 10:17:06 AM
Clerk of the Superior Court
By Veronica Navarro, Deputy Clerk

Attorneys for Plaintiff, GEORGIA MICHEAU

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## SAN DIEGO - NORTH COUNTY REGIONAL CENTER - CIVIL UNLIMITED

37-2019-00006386-CU-PO-NC

GEORGIA MICHEAU,

        Plaintiff,

vs.

HARRAH'S RESORT SOUTHERN CALIFORNIA, a business entity form unknown; HARRAH'S RESORT SOUTHERN CALIFORNIA AN ENTERPRISE OWNED BY THE RINCON BAND OF LUISENO INDIANS; CAESARS ENTERTAINMENT, a business entity form unknown; RINCON BAND OF LUISENO INDIANS, California Tribe; and DOES 1-100, inclusive,

        Defendants.

CASE NO.
[CIVIL UNLIMITED]

COMPLAINT FOR DAMAGES

Plaintiff, GEORGIA MICHEAU, alleges:

1) That at all times herein mentioned, Plaintiff was and now is a resident of the County of Los Angeles, State of California. That Plaintiff is informed and believes and upon such information and belief alleges that at all times herein mentioned Defendants, and each of them were, and now are residents and/or doing business in the County of San Diego, State of California.

2) That the true names or capacities, whether individual, corporate, associate or

**COMPLAINT FOR DAMAGES**

otherwise, of Defendants named herein as DOES 1 through 100, inclusive, are unknown to Plaintiff who therefore sue said Defendants by such fictitious names and capacities and Plaintiff will amend this Complaint to state such names and capacities when the same have been ascertained. Plaintiff is informed and believes and upon such information and belief allege, that each of the Defendants designated herein as a DOE, is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages to Plaintiffs as hereinafter set forth.

3) That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned Defendants, and each of them, were the agents and employees of their Co-Defendants, and in doing the things herein mentioned were acting in the course and scope of their authority as such agents and employees and with the permission and consent of their Co-Defendants and each of them.

4) That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendant, HARRAH'S RESORT SOUTHERN CALIFORNIA, was and now is a gaming facility, gaming operation, corporation, limited partnership or a partnership, duly organized and existing under, and by virtue of the laws of the State of California and is doing business in the State of California, with its principal place of business located at or near 777 Harrah's Rincon Way, in the City of Funner, County of North San Diego, State of California.

5) That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendant, HARRAH'S RESORT SOUTHERN CALIFORNIA AN ENTERPRISE OWNED BY THE RINCON BAND OF LUISENO INDIANS, was and now is a gaming facility, gaming operation, corporation, limited partnership or a partnership, duly organized and existing under, and by virtue of the laws of the State of California and is doing business in the State of California, with its principal place of business located at or near 777 Harrah's Rincon Way, in the City of Funner, County of North San Diego, State of California.

///

**COMPLAINT FOR DAMAGES**

6)   That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendant, CAESARS ENTERTAINMENT, was and now is was and now is a gaming facility, gaming operation, corporation, limited partnership or a partnership, duly organized and existing under, and by virtue of the laws of the State of California and is doing business in the State of California, with its principal place of business located at or near One Caesars Place Drive, in the City of Las Vegas, State of Nevada.

6)   That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendant, RINCON BAND OF LUISENO INDIANS, California Tribe, was and now is a gaming facility, gaming operation, corporation, limited partnership or a partnership, duly organized and existing under, and by virtue of the laws of the State of California and is doing business in the State of California, with its principal place of business located at or near P.O. Box 68, in the City of Valley Center, County of North San Diego, State of California.

7)   That on or about February 3, 2018, Defendants, and each of them constructed, owned, possessed, worked upon, managed, supervised, modified, repaired, operated, maintained, or controlled certain premises, Gaming Facility and/or Gaming Operation located at 777 Harrah's Rincon Way, in the City of Funner, County of San Diego, State of California.

8)   That at said time and place, Plaintiff was on the premises of Defendants, and each of them, and while thereon and as a direct and proximate result of the Gross Negligence of Defendants, and each of them, Plaintiff sustained injuries and damages as hereinafter set forth.

9)   That Defendants, and each of them, were negligent in the manner in which they designed, constructed, owned, possessed, modified, repaired, operated, maintained, worked upon, controlled, managed, or supervised said premises, resort, casino, Gaming Facility and/or Gaming Operation, by constructing, creating, and allowing the dangerous condition to exist and remain upon said premises, and Defendants, and each of them, were further negligent in failing to inspect, warn of, remove, correct and otherwise take precautions so as to prevent injuries to persons on said premises.

///

10) That Plaintiff's injuries were proximately caused by a Dangerous Condition of the Gaming Facility and/or Gaming Operation.

11) That Plaintiff's injuries were caused be the negligent or intentional acts or omissions of an Employee acting within the scope of his or her office, employment, or agency, for which the Gaming Operation is legally responsible.

12) That Defendant's, and each of them violated and breached all relevant and applicable ordinances, codes, statutes, and laws that were enacted for the purpose of protecting Plaintiff's herein, and the class of people of which Plaintiff herein is a member.

13) As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was injured in her health, strength and activity, sustaining bodily injury and shock to her nervous systems, which has caused, and will cause, great mental and physical pain and suffering, all to Plaintiff's general damages in a sum within the jurisdiction of this Court according to proof at the time of trial.

14) As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has incurred, and will incur medical and related expenses in a sum according to proof at the time of trial.

15) At the time of said injury, Plaintiff was employed or employable and as a direct and proximate result of the negligence of Defendants, and each of them, and by reason of the injuries suffered by Plaintiff, Plaintiff has sustained a loss of earnings and earning capacity in a sum according to proof at the time of trial.

16) That Plaintiff/Patron timely filed a Notice of Injury on July 31, 2018, within one hundred (180) days of the incident giving rise to this claim, a copy of said notice is attached herein as Exhibit A.

17) That this lawsuit is being timely filed in accordance with all rules and regulations of the Rincon Band of Luiseno Indians Patron Tort Claims Ordinance.

### PRAYER OF RELIEF

WHEREFORE, Plaintiffs prays for judgment against Defendants, and each of them, as follows:

**COMPLAINT FOR DAMAGES**

1) For general damages in a sum according to proof at the time of trial within the jurisdiction of the Superior Court;

2) For medical and related expenses in a sum according to proof at the time of trial;

3) For loss of income and earning capacity in a sum according to proof at the time of trial;

4) For pre-judgment interest at the legal rate;

5) For costs of suit incurred herein; and,

6) For such other and further relief as the Court may deem just and proper.

DATED: February 4, 2019

LAW OFFICES OF GERALD L. MARCUS

By: _____
GERALD L. MARCUS, ESQ.
T. VINCENT CONSOLO, ESQ.
Attorneys for Plaintiff,
GEORGIA MICHEAU

**COMPLAINT FOR DAMAGES**

# Exhibit A

LAW OFFICES OF
# GERALD L. MARCUS
PROFESSIONAL ACCIDENT INJURY NETWORK
A PROFESSIONAL CORPORATION

24025 PARK SORRENTO, SUITE 430
CALABASAS, CALIFORNIA 91302
TELEPHONE (818) 784-8544
FACSIMILE (818) 784-5970
TOLL FREE (800) 905-8777
www.geraldmarcuslaw.com

GERALD L. MARCUS
E-MAIL: gmarcus@injurynetwork.org

T. VINCENT CONSOLO
E-MAIL: v.consolo@injurynetwork.org

MICHAEL D. MARGOLIN
E-MAIL: michael@injurynetwork.org

MICHAEL L. COHEN
E-MAIL: mike.cohen@injurynetwork.org

RYAN A. GABLER
E-MAIL: ryan@injurynetwork.org

OTHER LOCATIONS

LOS ANGELES
(323) 872-0566

ANTELOPE VALLEY
(661) 274-7774

PASADENA
(626) 396-1118

SANTA CLARITA VALLEY
(661) 296-2992

VENTURA COUNTY
(805) 523-9600

LONG BEACH, SANTA MONICA,
SHERMAN OAKS, TORRANCE,
WESTLAKE VILLAGE

July 31, 2018

**VIA U.S.P.S. Overnight mail**
**Tracking # 9481 7036 9930 0032 7008 65**

Ceasars Entertainment Corp
One Ceasars Palace Drive
Las Vegas, NV 89109-8969

Re:     Our Client/Claimant:      **Georgia Micheau**
        Date of Accident:         **February 3, 2018**
        Location of Accident:     **Harrah's Resort Southern California (Room #141) at 777 Harrah's Rincon Way**
        Our File No.:             **10919**

Dear Sir/Madam:

We represent the above-referenced individual that was injured inside room #141 at the Harrah's Resort Southern California Room located at 777 Harrah's Rincon Way on February 3, 2018.

On behalf of our client, Georgia Micheau, please find enclosed an original and copy of the Notice of Injury forms. Please file, conform, and return said conformed copy to our office in the self-addressed, stamped envelope enclosed for your convenience. This Injury Claim has been timely filed.

Please have someone from your claims department call our office to discuss this matter.

Very truly yours,

LAW OFFICES OF GERALD L. MARCUS

GERALD L. MARCUS

GLM/mg
Enclosures-Notice of Injury Form; Envelope for return.

# EXHIBIT A

## NOTICE OF INJURY FORM

Please provide the following information if you believe that you have suffered an injury to yourself or your property while at Harrah's Rincon Resort and Casino and it is responsible for such injury. We encourage you to provide as much information as possible. If necessary, this document may be photocopied and additional sheets of paper may be attached.

Upon completion of this form, please mail by certified mail, return receipt requested, or by overnight courier with proof of delivery requested to:

Risk Manager – Administrative Officer
Harrah's Rincon Casino and Resort
777 Harrah's Rincon Way
Valley Center, California 92082

ATTORNEY for GEORGIA MICHEAU;
LAW OFFICES of GERALD L. MARCUS
24025 PARK SORRENTO, STE. 430
CALABASAS CA 91302
(818) 784-8544

**1. Contact Information:.**

Name: GEORGIA MICHEAU

Address: 3413 GLENRIDGE STREET, BAKERSFIELD CA 93306

Telephone Number: (661) 331-6626

Email Address, if any: _____

**2. Description of the incident which brought about the injury.**
Please include detailed information about the circumstances from which the claimed injury arose, including the date, time and place of incident, as well as the identity and contact information of any witnesses to the incident.

DATE of ACCIDENT: 02/03/2018
TIME: APPROXIMATELY: 11:45 PM
LOCATION: HARRAH'S RESORT SOUTHERN CA (ROOM # 141)

13

3. **Description of the injury.** Please describe the nature and extent of the injury. You may, but are not required to, attach medical records.

INCLUDING BUT NOT LIMITED TO INJURIES TO THE NECK, BACK, LEFT HIP, RIGHT ARM & ELBOW. LEFT WRIST (BROKEN/FRACTURED - REQUIRED SURGERY)

Signature: _Georgia Micheau by Ginn he atten w/POA_

Printed Name: Georgia Micheau

Date: 5/2/18

Use **Priority Mail Express packaging or stickers**. Securely affix label to mail piece. Do not tape over barcode. Service guarantees begin with the acceptance processing of this item when brought to a USPS retail location, or when the item returns to the Post Office after being collected during delivery/collection or from a Prior___ ___il Express Collection box. This Online Record must be preser___ ___ Postal personnel if applying for a service related refund. Refunds for unus___ ___ostage paid labels can be requested online 30 days from the p___ ___ate.

| UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS | Click-N-Ship® Label Record | | DO NOT MAIL |
|---|---|---|---|---|

| PO ZIP Code 91302 | ☐ 1-Day ☒ 2-Day | 12:00 PM | Flat Rate ☒ |
|---|---|---|---|
| Weight lbs     ozs | Address to PO Box ☐ | Postage $24.70 | |
| No Delivery ☐ Saturday ☒ Sunday/Holiday | Contents Value $100.00 | COD Fee | Ins. Fee $0.00 |
| | | Total Postage & Fees $24.70 | |

9481 7036 9930 0032 7008 65

Ship Date:                    07/31/2018
Scheduled Delivery Date: 08/02/2018
Insured Value:                  $100.00

**Signature Service:** SIGNATURE REQUIRED

### LABEL INFORMATION

FROM:

GERALD L MARCUS
LAW OFFICES OF GERALD L. MARCUS
24025 PARK SORRENTO STE 430
CALABASAS CA 91302-9776

TO:                                Ref#: 10919

CEASARS ENTERTAINMENT CORP
1 CAESARS PALACE DR
LAS VEGAS NV 89109-8969

Label Feb 2014        FOR PICKUP OR TRACKING GO TO USPS.COM        usps.com

**USPS Employee:** For service failure refunds, follow standard refund procedures.

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9481703699300032700865

Remove ✕

**Scheduled Delivery by**

**THURSDAY**
**2** AUGUST 2018 ⓘ
by
**12:00pm** ⓘ

## ✓ Delivered

August 2, 2018 at 12:06 pm
Delivered
LAS VEGAS, NV 89109

Feedback

---

**Proof of Delivery** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | |
| STREET ADDRESS: | 325 S Melrose DRIVE |
| MAILING ADDRESS: | 325 S Melrose DRIVE |
| CITY AND ZIP CODE: | Vista, CA 92081-6695 |
| BRANCH NAME: | North County |
| TELEPHONE NUMBER: | (760) 201-8031 |

PLAINTIFF(S) / PETITIONER(S):   Georgia Micheau

DEFENDANT(S) / RESPONDENT(S):   Harrah's Resort Souther California et.al.

MICHEAU VS HARRAHS RESORT SOUTHERN CALIFORNIA [IMAGED]

| **NOTICE OF CASE ASSIGNMENT** and **CASE MANAGEMENT CONFERENCE** | CASE NUMBER: 37-2019-00006386-CU-PO-NC |
|---|---|

## CASE ASSIGNMENT

Judge:  Timothy M. Casserly          Department: N-31

**COMPLAINT/PETITION FILED:** 02/04/2019

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 07/12/2019 | 09:00 am | N-31 | Timothy M. Casserly |

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

---

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS:  The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time.  General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS:  Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE:  Defendant must generally appear within 30 days of service of the complaint.  (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES:  In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR):  THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).



# Superior Court of California
# County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.

This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.